# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | : | No. 150 MM 2020 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| VIATCHESLAV BOIKO AND LUDMILA BOIKO, | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.